# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 00250 |
| Nicole Hardin and Chanteau Hardin, ) | HON. HOLLIS (JOLIET) |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## NOTICE OF MOTION

TO:  Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532, via electronic notification;

See attached Service List.

Please take notice that on May 10, 2018, at 10:45 a.m. I shall appear before the Honorable Judge Hollis at the Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, IL 60432, and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 16, 2018.

*/s/ Michael Spangler*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-00250<br>Northern District of Illinois<br>Eastern Division<br>Tue Apr 16 15:07:31 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AD ASTRA RECOVERY SERV<br>7330 W 33RD ST N STE 118<br>WICHITA, KS 67205-9370 |
| American Water<br>95 Meadows Dr<br>Gilberts, IL 60136 | BUR MED ECON<br>326 E CORONADO RD<br>PHOENIX, AZ 85004-1524 | Bureau of Medical Economics<br>PO Box 20247<br>Phoenix, AZ 85036-0247 |
| CHASMCCARTHY<br>800 Enterprise Drive # 204<br>Oak Brook, IL 60523-4217 | CONVERGENT OUTSOURCING<br>10750 HAMMERLY BLVD #200<br>Houston, TX 77043-2317 | City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | (p)COMED<br>1919 SWIFT DR<br>OAKBROOK IL 60523-1502 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 |
| DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 | DEPTEDNELNET<br>PO Box 740283<br>Atlanta, GA 30374-0283 | FED LOAN SERV<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | Illinois American Water<br>PO Box 578<br>Alton IL 62002-0578 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Joliet Housing Authority<br>6 S. Broadway St.<br>Joliet, IL 60436-1753 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NATWIDE CASS<br>10255 West Higgins Road<br>Suite 300<br>Des Plaines, IL 60018-5620 |
| Nationwide Cassel LLC<br>10255 W. Higigns Road<br>Suite 300<br>Rosemont, IL 60018-5620 | Nelnet, Inc.<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1922 | Nicor Gas<br>Po Box 549<br>Aurora, IL 60507-0549 |
| SpeedyRapid Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | Chanteau Hardin<br>153 Richmond Drive<br>Bolingbrook, IL 60440-2736 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Nicholas J Landi<br>Semrad Law Firm LLC<br>20 S. Clark Street #28<br>Chicago, IL 60603-1811 | Nicole Hardin<br>153 Richmond Drive<br>Bolingbrook, IL 60440-2736 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ComEd<br>3 Lincokln Cetre<br>c/o Sabrina Copelan<br>Villa Park, IL 60181 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients    0<br>Total    30 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 00250 |
| Nicole Hardin and Chanteau Hardin, ) | HON. HOLLIS (JOLIET) |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtors, Nicole Hardin and Chanteau Hardin, by and through Debtors' attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to enter an order modifying Debtors' Chapter Plan and state as follows:

1. On January 4, 2019, the Debtors filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On April 12, 2019, this Honorable Court confirmed the Debtors' Chapter 13 Plan, with secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors to be paid 10.00% of their allowed claims.

3. That the confirmed Chapter 13 Plan requires the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $400.00 monthly for 36 months.

4. Debtors respectfully request this Honorable Court to amend the plan at Section 5.2 to state Debtors' student loan debts are currently in deferment, and should they become due during the duration of the bankruptcy plan, Debtors shall make direct payments to the student loan debts outside the Chapter 13 plan.  That the Trustee shall make no disbursements to student loans serviced by Fed Loan and Dept of Ed/Nelnet.

5. Debtors have filed the instant case in good faith and are in a position to proceed with the plan of reorganization.

WHEREFORE, Debtors, Nicole Hardin and Chanteau Hardin, pray this Honorable Court for the following relief:

A. That this Honorable Court enter an Order amending the Chapter 13 Plan at Section 5.2 to state Debtors' student loan debts are currently in deferment, and should they become due during the duration of the bankruptcy plan, Debtors shall make direct payments to the student loan debts outside the Chapter 13 plan. That the Trustee shall make no disbursements to student loans serviced by Fed Loan and Dept of Ed/Nelnet;

B. For any further relief as the Court may deem fair and proper.

Respectfully Submitted,

*/s/ Michael Spangler*____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625