UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nicole Hardin and Chanteau Hardin<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-00250<br><br>Chapter: 13<br>Honorable Pamela S. Hollis<br>Joliet |

**ORDER MODIFYING PLAN**

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtors, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. The current Chapter 13 plan is amended at Section 5.2 to state Debtors' student loan debts are currently in deferment, and should they become due during the duration of the bankruptcy plan, Debtors shall make direct payments to the student loan debts outside the Chapter 13 plan. That the Trustee shall make no disbursements to student loans serviced by Fed Loan and Dept of Ed/Nelnet.
2. This order shall not require the Trustee to collect any funds from any creditor.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 10, 2019

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625